**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2031

DWANE D. HEYWARD,

Plaintiff - Appellant,

v.

CARETEAM PLUS, INC.,

Defendant - Appellee,

and

JOHANNA HAYNES,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:21-cv-00754-JD)

Submitted:  May 18, 2023                         Decided:  May 22, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwane D. Heyward, Appellant Pro Se.  Cherie Wilson Blackburn, Mary Stuart King, MAYNARD NEXSEN, PC, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwane D. Heyward appeals the district court's order adopting the magistrate judge's recommendation and granting Careteam Plus, Inc., summary judgment on Heyward's discriminatory discharge and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Heyward v. Careteam Plus, Inc.*, No. 4:21-cv-00754-JD (D.S.C. Sept. 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*